Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **CHARLES L. BENNETT,** | |
| Plaintiff-Relator, | Civil Action No. 17-4188 (ES) (JBC) |
| v. | **ORDER** |
| **BAYER CORPORATION,** *et al.* | |
| Defendants. | |

Upon consideration of the motions to dismiss Relator Charles L. Bennett's Amended Complaint (D.E. No. 6) pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants Bayer Corporation and Merck & Co., Inc. (D.E. No. 41) and Defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, and Ortho-McNeil-Janssen Pharmaceuticals (D.E. No. 38), and for the reasons set forth in the Opinion filed herewith,

**IT IS** on this 31st day of March 2022, hereby

**ORDERED** that the motions (D.E. Nos. 38 & 41) are GRANTED; and it is further

**ORDERED** that the Amended Complaint is dismissed *without prejudice* to Relator to file another amended complaint curing the deficiencies outlined in the Court's accompanying Opinion; failure to so file within 30 days of entry of this Order shall result in the Amended Complaint being dismissed *with prejudice*.

Hon. Esther Salas, U.S.D.J.